UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF
NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

AUG 1 6 2005

FILED

x x x x x x x x x x x x x x x x x x x x x x x x x

| | |
|---|---|
| Thomas R. Hauser | x |
| | x |
| | x Jury Trial Demanded |
| Plaintiff | x |
| v. | x |
| | x CIVIL NO. 1:03-cv-00533-SM |
| Dick Corporation d/b/a David E. Dick | x |
| Construction, Limbach Company, L.L.C., | x |
| Baldwin Crane and Equipment Corporation, | x |
| and AES Londonderry, L.L.C. | x |
| Defendants | x |

x x x x x x x x x x x x x x x x x x x x x x x x x

## ORDER APPROVING SETTLEMENT

1. Gross settlement in the amount of $267,500.00 in this case is approved.

2. Counsel fees in the amount of $72,500.00 to Cooper, Deans & Cargill, P.A. is approved.

3. Expenses and costs in the amount of $19,688.83 is approved.

4. Lien payments to Marcam Associates and Electro Medical Associates in the amount of $5,230.10 is approved.

5. Workers' compensation lien, payment in full, in the amount of $87,000.00 to St. Paul/Travelers is approved.

6. Net final distribution to Mr. Hauser in the amount of $83,081.07 is approved.

SO ORDERED

Date 8/16/05

_____
Presiding Justice Judge

## Thomas Hauser Settlement Proceeds

|  | Amount | Balance |
|---|---|---|
| Total Settlement |  | $267,500.00 |
| Cooper, Deans & Cargill (Paul Chant fees) | 72,500.00 | 195,000.00 |
| Cooper, Deans & Cargill (expenses/out-of-pocket) | 19,688.83 | 175,311.17 |
| St. Paul/Travelers (Workers Compensation Lien holder) | 87,000.00 | 88,311.17 |
| Liens (Exeter Hospital, Dartmouth Hitchcock, Electro Medical Associates) | 5,230.10 | 83,081.07 |
| Thomas Hauser | 83,081.07 | 0.00 |